# In the United States Court of Federal Claims

No. 15-1157C

(Filed: October 16, 2015)

```
*****************************
                              *
STEVEN R. LISTWA,             *
                              *
            Plaintiff,        *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant.        *
                              *
*****************************
```

## DIMISSAL ORDER

On October 2, 2015, *pro se* Plaintiff Steven R. Listwa filed a complaint with this Court that was assigned to Judge Margaret M. Sweeney as <u>Listwa v. United States</u>, 15-1113. On October 7, 2015, Mr. Listwa filed the complaint in the instant case, seeking service-related disability compensation and an order to void his discharge from the United States Army. After comparing the complaints filed in both cases, the Court determined that they are substantially alike in all material respects. Under its inherent authority, the Court *sua sponte* DISMISSES Mr. Listwa's complaint in this case because it is duplicative. Mr. Listwa may continue to pursue his claims before Judge Sweeney and shall disregard this Court's October 14, 2015 order to file a redacted complaint.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge